```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/23/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX SANCHEZ,

                Petitioner,

v.

THOMAS DECKER, *as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement and as the Legal Warden*; CHAD WOLF, *as Acting Secretary, U.S. Department of Homeland Security*; WILLIAM BARR, *as Attorney General, U.S. Department of Justice*,

                Respondents.

No. 20-CV-462 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED THAT:

1. Respondents shall file a response to Petitioner's petition for a writ of habeas corpus by February 7, 2020; and

2. Petitioner shall file a reply by February 19, 2020.

SO ORDERED.

Dated:    January 23, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge