


February 11, 2020



**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

   **Re:** ***Sanchez v. Decker*, 20-cv-462 (RA)**

Dear Judge Abrams:

  The undersigned represent the petitioner, Mr. Felix Sanchez, in his petition for a writ of habeas corpus. On February 7, 2020 the Government filed a Motion to Dismiss or to Transfer the Case to the District of New Jersey (ECF No. 9-11). Petitioner consents to transfer of this matter to the District of New Jersey. In an e-mail dated February 10, 2020, we notified Respondents' counsel of our position and intent to submit this letter to the Court.

  As set forth in Mr. Sanchez's petition, he was recently diagnosed with cancer and requires treatment. Given his serious health needs, we respectfully request that the Court waive the seven-day waiting period referenced in Local Civil Rule 83.1 and immediately transfer the matter to the District of New Jersey. The Government has also requested waiver of the waiting period. *See* Memorandum of Law in Support of Motion to Dismiss or Transfer, at 3.

    Respectfully submitted,

    /s/ Nabilah Siddiquee    /s/ Sarah Gillman
    Nabilah Siddiquee, Esq.    Sarah Gillman, Esq.
    Brittany Castle, Esq.    Gregory Copeland, Esq.
    Immigrant Defense Project    RAPID DEFENSE NETWORK
    40 West 39th Street, 5th Floor    11 Broadway, Suite 615
    New York, NY 10018    New York, NY 10004
    (646) 760-0591    (212) 853-0910
    nabilah@immdefense.org    sarah@defensenetwork.org
    brittany@immdefense.org    gregory@defensenetwork.org

cc: Counsel for Respondents via ECF

---

Application granted. This action shall be immediately transferred to the District of New Jersey, without application of the seven-day waiting period referenced in Local Civil Rule 83.1.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 11, 2020