IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELIX SANCHEZ, <br>                               *Petitioner,* <br><br> v. <br><br> THOMAS DECKER, et al., <br>                               *Respondents* | Honorable Esther Salas <br><br> Civil Action No. 2:20-cv-01414 <br><br> [PROPOSED] ORDER <br> GRANTING LEAVE TO FILE <br> AMENDED PETITION |

**THIS MATTER** seeking an Order granting leave to file an amended petition, and the Court having considered this matter, the motion being unopposed, and good cause having been shown;

IT IS on this _____18th_____ day of February, 2020, **ORDERED** as follows:

1. Petitioner is granted leave to file the amended petition annexed to his Motion;

2. Petitioner shall file the amended petition by **February 25, 2020**;

3. Service of this Order shall be effected by Petitioner on the United States Attorney for the District of New Jersey by electronic mail and shall constitute good and sufficient service.

                                                 HON. ESTHER SALAS, USDJ

1