

February 14, 2020

**VIA ECF**

Hon. Esther Salas
United States District Court
Martin Luther King Building & U.S. Courthouse
Courtroom MLK 5A
50 Walnut Street, Room 4015
Newark, NJ 07101

    Re:    *Sanchez v. Decker*, 2:20-cv-01414 (ES)

Dear Judge Salas:

    The undersigned represent the petitioner, Mr. Felix Sanchez, in his petition for a writ of habeas corpus. We have consulted with Respondents' counsel regarding a briefing schedule in this matter. Both parties have agreed to a briefing schedule providing Respondents with 21 days to file their response, and Petitioner with 7 days to file his reply.

    We respectfully request that the Court order the proposed briefing schedule.

    Respectfully submitted,

/s/ Gregory Copeland
Gregory Copeland, Esq.
Sarah Gillman, Esq.
RAPID DEFENSE NETWORK
11 Broadway, Suite 615
New York, NY 10004
(212) 853-0910
gregory@defensenetwork.org
sarah@defensenetwork.org

/s/ Nabilah Siddiquee*
Nabilah Siddiquee, Esq.
Brittany Castle, Esq.
Immigrant Defense Project
40 West 39th Street, 5th Floor
New York, NY 10018
(646) 760-0591
nabilah@immdefense.org
brittany@immdefense.org
*Pro Hac Vice motion pending

cc: Counsel for Respondents via ECF

SO OERDERED.

_____
Hon. Esther Salas, U.S.D.J.
Date: February 18, 2020